JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAS VIRREY ZAMORA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:22-cv-00912-JLT-BAM<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from January 3, 2023 to March 6, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's second request for an extension of time.  Good cause exists for the requested extension. For the weeks of December 26, 2022 and January 2, 2023, Counsel currently has 16 merit briefs, and several letter briefs and

1

reply briefs.  Additional time is needed to thoroughly brief this matter for the Court.

     Counsel for Plaintiff is currently taking partial leave as his child was born on October 14, 2022. Thus, Counsel is working limited hours for the months of December 2022 through February 2023 (with a possible extension of parental leave).  Lastly, Counsel for the Plaintiff has pre-planned Christmas vacation during the last two weeks of the year, with limited access to the computer.

     Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                      Respectfully submitted,

Dated: December 23, 2022     PENA & BROMBERG, ATTORNEYS AT LAW


                      By: */s/ Jonathan Omar Pena*
                          JONATHAN OMAR PENA
                          Attorneys for Plaintiff


Dated: December 23, 2022     PHILLIP A. TALBERT
                          United States Attorney
                          MATHEW W. PILE
                          Associate General Counsel
                          Office of Program Litigation
                          Social Security Administration


                      By:  */s/ Margaret Lehrkind*
                          Margaret Lehrkind
                          Special Assistant United States Attorney
                          Attorneys for Defendant
                          (*As authorized by email on Dec. 23, 2022)

## **ORDER**

The parties having so stipulated and good cause appearing, the Court hereby ORDERS that Plaintiff shall file and serve Defendant with Plaintiff's Motion for Summary Judgment on or before **March 6, 2023**.  All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **December 27, 2022**            /s/ *Barbara A. McAuliffe*
                                                                        UNITED STATES MAGISTRATE JUDGE