1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT
9                       EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  ISAIAS VIRREY ZAMORA,<br><br>12             Plaintiff,<br><br>13      v.<br><br>14  KILOLO KIJAKAZI,<br>    Acting Commissioner of Social Security,<br>15<br>             Defendant.<br>16<br><br>17<br>18 | Case No.: 1:22-cv-0912 JLT BAM<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br>(Doc. 20)<br><br>ORDER TERMINATING AS MOOT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF ISAIAS VIRREY ZAMORA AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

19    Isaias Virrey Zamora and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated
20 to a voluntary remand of Plaintiff's application for benefits for further administrative proceedings
21 pursuant to sentence four of 42 U.S.C. § 405(g) on April 18, 2023.  (Doc. 18.)  Pursuant to the terms
22 of the stipulation, "the Commissioner will offer Plaintiff the opportunity for a hearing, further
23 develop the record as necessary, and issue a new decision."  (*Id*. at 2.)  The parties also stipulated
24 judgment shall be entered in favor of Plaintiff and against the Commissioner.  (*Id*.)  Thus, the Court
25 **ORDERS**:
26      1.    Plaintiff's motion for summary judgment (Doc. 16) is terminated as **MOOT**.
27      2.    The matter is **REMANDED** for further administrative proceedings under sentence four
28            of 42 U.S.C. § 405(g).

3. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Isaias Virrey Zamora and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **April 19, 2023**

UNITED STATES DISTRICT JUDGE